IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS BRUCE LANDSCAPE** | : | Removed from the Court of |
| **MANAGEMENT SERVICES, INC.,** | : | Common Pleas of Allegheny |
| | : | County, Case No.: GD-06-24918 |
| **PLAINTIFF** | : | |
| | : | |
| v. | : | No.: 2:06-cv-01517-DWA |
| | : | |
| **MERCHANTS MUTUAL INSURANCE** | : | **JURY TRIAL DEMANDED** |
| **COMPANY,** | : | |
| | : | **Electronically filed** |
| **DEFENDANT** | : | |

## STIPULATION OF DISMISSAL

COME NOW, the parties to the captioned mater, by and through their undersigned counsel and stipulate that this case may be dismissed with prejudice.

Respectfully submitted,

**MALONE, MIDDLEMAN, P.C.**          **MARSHALL, DENNEHEY, WARNER,**
                                       **COLEMAN & GOGGIN**

/s/ Ray F. Middleman                  /s/ William K. Conkin
RAY F. MIDDLEMAN, ESQ.                WILLIAM K. CONKIN, ESQ.

*Approved & granted*
*Donetta W. Ambrose*
*1/3/08*